Louis GROSSMAN, Plaintiff in Error, v. UNIT-ED STATES, Defendant in Error.

(Circuit Court of Appeals, Fourth Circuit. January 22, 1927.)

No. 2552.

In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond; D. Lawrence Groner, Judge.

Robert H. Talley, of Richmond, Va. (J. S. Cohn, of Richmond, Va., on the brief), for plaintiff in error.

Paul W. Kear, U. S. Atty., of Norfolk, Va. (Callom B. Jones, Asst. U. S. Atty., of Richmond, Va., on the brief), for the United States.

Before ROSE and PARKER, Circuit Judges, and BAKER, District Judge.

PER CURIAM. The plaintiff in error, defendant below, was convicted on all four counts of an information charging sales and possession of intoxicating liquors for beverage purposes. The evidence, if believed, was sufficient to sustain the verdict. The portions of the charge of the learned District Judge here complained of, even when taken from their context, are not open to the construction which the defendant would have us put on them. When read in connection with the rest of what the judge told the jury, they are unexceptionable.

Affirmed.

---

In the Matter of Philip HORINSTEIN, Bankrupt, J. Kridel Sons & Company, Appellant.

(Circuit Court of Appeals, Second Circuit. January 20, 1927.)

No. 784.

Appeal from the District Court of the United States for the Southern District of New York.

Benjamin Siegel, of New York City, for appellant.

(Miss) A. Rosenstein, of New York City, and Frooks & Frooks, of New York City (Archibald Palmer, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order reversed in open court.

John P. JOHNSON, United States Commissioner of Immigration, Respondent, Appellant, v. CHUNG JENG ex rel. CHUNG THET POY, Petitioner, Appellee.

(Circuit Court of Appeals, First Circuit. January 26, 1927.)

No. 2077.

Appeal from the District Court of the United States for the District of Massachusetts; Elisha H. Brewster, Judge.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Gloucester, Mass., on the brief), for appellant.

Joseph F. O'Connell, of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

BINGHAM, Circuit Judge. This case concerns the admission to this country of a foreign-born son of Chung Jeng, a citizen of the United States. The Board of Special Inquiry not being satisfied that the applicant was the son of Chung Jeng, he was refused admission. In the District Court it was found that the applicant was denied a fair hearing by the board; that it acted in an arbitrary manner in arriving at its excluding decision. We think the conclusion reached by the District Court was right and that the decree discharging the applicant should be affirmed.

The decree of the District Court (13 F. [2d] 262) is affirmed.